IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRENDA G. MITCHELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 3:07-0717 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

**O R D E R**

Before the Court is Joint Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Remand to Defendant, Document #19, and Memorandum in Support of Joint Motion for Entry of Judgment, Document #20. The Joint Motion is GRANTED.

Judgment is reversed and the case remanded under Sentence Four of 42 U.S.C. § 405(g). Upon remand, the agency shall reevaluate (1) Plaintiff's limitations due to mental health and (2) issue a new decision.

IT IS SO ORDERED.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge